Opinion issued November 4 , 2010

 



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01–10–00221–CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



ERNEST TAYLOR AND LECIA TAYLOR, Appellants

 

V.

 

HARTFORD FIRE INSURANCE COMPANY, Appellee

 

 



On Appeal from County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 940064

 

 



MEMORANDUM
OPINION

          Appellants,
Ernest and Lecia Taylor, have neither established indigence, nor paid all the
required fees.  See Tex. R. App. P. 5 (requiring payment of
fees in civil cases unless indigent), 20.1 (listing requirements for
establishing indigence); see also Tex.
Gov’t Code Ann. §§ 51.207, 51.941(a) (Vernon 2005), 101.041 (Vernon
Supp. 2010).  After being notified that
this appeal was subject to dismissal, appellants did not adequately
respond.  See Tex. R. App. P. 5 (allowing enforcement
of rule); 42.3(c) (allowing involuntary dismissal of case).

          The
appeal is dismissed for nonpayment of all required fees.

PER CURIAM

Panel consists of Chief Justice
Radack and Justices Alcala and Higley.